SCHMER, Respondent, v. CITIZENS' STEAMBOAT CO. OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Joseph Schmer against the Citizens' Steamboat Company of Troy. No opinion. Judgment and order unanimously affirmed, with costs.